# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Trisha Sively,

    Plaintiff,

    v.

Ohio Department of Mental Health and Addiction Services,

    Defendant.

Case No. 2:23-cv-2567

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. R&R, ECF No. 14. The R&R notified the parties of their right to object to the recommendation and warned them that a failure to timely object would forfeit the right to de novo review by the Court as well as the right to appeal the Court's adoption of the R&R. *Id.* at 2.

No party filed timely objections. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES WITH PREJUDICE** this action for failure to prosecute.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**