**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Trisha Sively,

    vs.                                                      Case No. 2:23-cv-2567

Ohio Department of Mental Health         **Judge Michael H. Watson**
and Addiction Services,

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 9, 2024 Order - The Court ADOPTS the Report and Recommendation.

Date:  **October 9, 2024**                **Richard Nagel, Clerk**

                                                                        s/ Jennifer Kacsor

                                                            By Jennifer Kacsor/Courtroom Deputy